# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| v. | ) | **2:14-CR-329-KOB-HGD** |
| | ) | |
| **TERRI MCGUIRE MOLLICA,** | ) | |
| | ) | |

## O R D E R

This matter comes before the court on the Government's "Motion to Disqualify Attorneys Athanas and Prueter" (doc. 37) and "The Synergy Entities' Motion for Restitution Under the Mandatory Victims Restitution Act and the Crime Victims' Rights Act (doc. 36). On December 16, 2015, the magistrate judge entered his report and recommendation that the court deny the motion to disqualify and hold in abeyance until sentencing the motion for restitution. (Doc. 46). No party filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendations.

For the reasons stated in the report (doc. 46), the court DENIES the Government's motion to disqualify (doc. 37) and HOLDS IN ABEYANCE the motion for restitution (doc. 36) until Ms. Mollica's sentencing on August 9, 2016, at which time the trial in *United States v. Dunning*, 2:14-cr-382-BJR will be concluded and the issues clarified.

DONE and ORDERED this 26th day of May, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE

.